UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GLENN MEYERS,

    Plaintiff,

    -against-

STERLING METS, LP,

    Defendants.
---------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

09-CV-645 (CBA)(LB)

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated November 3, 2009, recommending that this case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to file proof of service or show good cause why service has not been made on defendants. As no party has objected, the Court hereby adopts the Report and Recommendation of November 3, 2009 as the opinion of the Court.

The Clerk of the Court is directed to enter judgment in accordance with this Order and close this case.

SO ORDERED.

Dated: Brooklyn, New York
December __, 2009

/S/
Carol Bagley Amon
United States District Judge